# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:94cr3154LAC

DAMEON DALEY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on March 14, 2008

Motion/Pleadings: MOTION FOR BAIL PURSUANT TO 18 U.S.C. 3742(a)(3) PENDING ADJUDICATION OF 3582(c))(2)

Filed by DEFENDANT PRO SE   on 3/13/2008   Doc.# 237

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 20th day of March, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.