# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                  CASE NO.  3:94cr3154 LAC

DAMEON DALEY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 15, 2008
Motion/Pleadings:  RECONSIDERATION MOTION TO REDUCE SENTENCE
Filed by  DEFENDANT PRO SE    on 8/25/2008    Doc.# 260

RESPONSES:

\_\_\_\_\_ Stipulated   \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed   \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of September, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

                                                    *s/L.A. Collier*
                                                **LACEY A. COLLIER**
                            *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.